1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NUNZIA TINA JEPSEN,              )     NO. SA CV 16-384-E
                                      )
12                Plaintiff,          )
                                      )
13        v.                          )        **JUDGMENT**
                                      )
14   CAROLYN W. COLVIN, Acting        )
     Commissioner of Social Security, )
15                                    )
                  Defendant.          )
16                                    )
     _____)

17

18        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

19   the Social Security Administration is reversed in part and the matter

20   is remanded for further administrative action consistent with the

21   Opinion filed concurrently herewith.

22

23        DATED: August 31, 2016.

24

25                                      _____/S/_____
                                           CHARLES F. EICK
26                              UNITED STATES MAGISTRATE JUDGE

27

28